AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A | U.S.District Court | 5/13/2005 |

4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)

District Judge (Active)

5. ReportType (check appropriate type)

○ Nomination, Date

○ Initial   ⦿ Annual   ○ Final

6. Reporting Period

1/1/2004
to
12/31/2004

7. Chambers or Office Address

United States Courthouse

1 Courthouse Way, Room 4-710

Boston, Mass. 02210

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

_____   Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 23 A 11: 36 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Toole, George A | 5/13/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Raytheon Company (employment) |
| 2. | 2004 | Enterprise Bank, Lowell, MA (director's fees) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | New York Intellectual Property Law Association | Transportation, lodging and meals; Annual Dinner in Honor of Federal Judiciary, March 26-27, 2004, New York, New York |
| 2. | Aspen Institute | Transportation, lodging and meals; Seminar, October 15-17, 2004, Wye Woods, MD |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Toole, George A | 5/13/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alcoa, Inc. | A | Dividend | J | T | | | | | |
| 2. American International Group common | A | Dividend | K | T | | | | | |
| 3. Same | A | Dividend | J | T | | | | | |
| 4. Same | A | Dividend | J | T | | | | | |
| 5. Avery Dennison common | A | Dividend | J | T | | | | | |
| 6. Same | A | Dividend | J | T | Buy | 4/30 | J | | |
| 7. Bank of America | B | Dividend | L | T | Merger | 4/1 | | | See Part VIII, comment 1. |
| 8. Same | | | | | Sell | 4/30 | K | E | |
| 9. BP PLC sponsored ADR | A | Dividend | J | T | Buy | 4/30 | J | | |
| 10. Bristol Myers Squibb Co. commmon | A | Dividend | | | Sell | 4/30 | J | | (loss) |
| 11. Cardinal Health Inc.common | A | Dividend | | | Sell | 7/28 | J | A | |
| 12. Same | A | Dividend | | | Sell | 7/28 | J | | (loss) |
| 13. Choicepoint, Inc. | | None | J | T | Buy | 4/30 | J | | |
| 14. Cintas Corp. common | A | Dividend | J | T | | | | | |
| 15. Cisco Systems, Inc. common | | None | J | T | | | | | |
| 16. Same | | None | J | T | | | | | |
| 17. Same | | None | J | T | | | | | |
| 18. | | None | | | Sell | 4/30 | J | | (loss) |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | | None | | | Sell | 4/30 | J | | (loss) |
| 20. Citigroup, Inc. common | A | Dividend | J | T | | | | | |
| 21. Same | A | Dividend | J | T | | | – | | |
| 22. Constellation Brands Cl A | | None | J | T | | | | | |
| 23. CVS Corp. common | A | Dividend | J | T | | | | | |
| 24. Same | A | Dividend | J | T | | | | | |
| 25. Same | A | Dividend | J | T | | | | | |
| 26. Enterprise Bank & Trust Co. common | | None | L | T | | | | | |
| 27. Same | | None | L | T | Fee | var | J | | |
| 28. Equitable Resources, Inc. common | A | Dividend | J | T | | | | | |
| 29. Equity Residential SBI | A | Dividend | J | T | | | | | |
| 30. Same | A | Dividend | J | T | | | | | |
| 31. Same | A | None | J | T | | | | | |
| 32. Exxon Mobil common | A | Dividend | J | T | | | | | |
| 33. First Data Corp. | A | Dividend | J | T | Buy | 4/30 | J | | |
| 34. Fleet Bank accounts (aggregated) (Boston, MA) | A | Interest | K | T | | | | | |
| 35. FleetBoston Financial common | B | Dividend | | | Merger | 4/1 | | | See Part VIII, comment 1. |
| 36. Fortune Brands | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Same | A | Dividend | J | T | Buy | 4/30 | J | | |
| 38. Same | A | Dividend | J | T | Buy | 4/30 | J | | |
| 39. General Electric Co. common | A | Dividend | J | T | | | | | |
| 40. Same | A | Dividend | J | T | Buy | 4/30 | J | | |
| 41. Home Depot, Inc. common | A | Dividend | J | T | | | | | |
| 42. IBM common | A | Dividend | J | T | | | | | |
| 43. Same | A | Dividend | J | T | | | | | |
| 44. Same | A | Dividend | J | T | | | | | |
| 45. iShares Lehman 7-10 yr. Treas. Bond Fund | A | Dividend | J | T | Buy | 4/30 | J | | |
| 46. iShares Lehman 1-3 yr Treas. Bond Fund | A | Dividend | J | T | Buy | 4/30 | J | | |
| 47. iShares Nasdaq Biotech Fund | | None | J | T | | | | | |
| 48. Same | | | J | S | Buy | 4/30 | J | | |
| 49. iShares Russell 2000 Value Index Fund | A | Dividend | K | T | | | | | |
| 50. iShares TIPS Fund | | Dividend | J | T | Buy | 4/30 | J | | |
| 51. John Hancock Financial Services common | A | Dividend | K | T | | | | | |
| 52. Johnson & Johnson common | A | Dividend | K | T | | | | | |
| 53. Same | A | Dividend | J | T | | | | | |
| 54. Same | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | O'Toole, George A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Same | A | Dividend | J | T | | | | | |
| 56. Same | A | Dividend | J | T | | | | | |
| 57. MA St. Wtr Pltn Abtmt Tr Pool 4.5% due 8/1/04 | B | Interest | | | Matured | 8/2 | K | | |
| 58. MA St Const Ln Series B 5.0% due 6/1/07 | B | Interest | K | T | | | | | |
| 59. MA St. Health & Educ. 4.2%, due 10/01/2009 | B | Interest | K | T | | | | | |
| 60. Ma St. Wtr Poll Abatement 4.2% due 8/01/2010 | B | Interest | K | T | | | | | |
| 61. Ma St. Wtr Poll Abate 3.0% due 8/1/2010 | B | Interest | K | T | | | | | |
| 62. MA Rt 3 North Trans Impt 4/5% due 6/15/06 | B | Interest | K | T | | | | | |
| 63. Medtronic Inc. common | A | Dividend | J | T | | | | | |
| 64. Merck & Co. common | A | Dividend | | | Sell | 4/30 | J | | (loss) |
| 65. Same | A | Dividend | | | Sell | 4/30 | J | | (loss) |
| 66. Nokia Corp. common | A | Dividend | J | T | Buy | 4/30 | J | | |
| 67. Same | A | Dividend | J | T | | | | | |
| 68. Pepsico common | A | Dividend | J | T | | | | | |
| 69. Pfizer, Inc. common | A | Dividend | J | T | | | | | |
| 70. Same | A | Dividend | J | T | | | | | |
| 71. Same | A | Dividend | J | T | Buy | 4/30 | J | | |
| 72. Procter & Gamble Co. common | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Same | A | Dividend | K | T | | | | | |
| 74. ProLogis SBI | A | Dividend | J | T | | | | | |
| 75. Same | A | Dividend | J | T | | | | | |
| 76. Regency Centers Corp. common | A | Dividend | J | T | | | | | |
| 77. Royal Dutch Petroleum Co. NY reg shrs | A | Dividend | J | T | | | | | |
| 78. Scudder Tax Exempt Cash Inst Shares | A | Dividend | K | T | | | | | See Part VIII, comment 2. |
| 79. Scudder Money Mkt Inst'l Shares | A | Dividend | K | T | | | | | " |
| 80. Same | A | Dividend | J | T | | | | | " |
| 81. Same | A | Dividend | K | T | | | | | " |
| 82. Same | A | Dividend | K | T | | | | | " |
| 83. Simon Property Group common | A | Dividend | J | T | | | | | |
| 84. Same | A | Dividend | J | T | | | | | |
| 85. Same | A | Dividend | J | T | | | | | |
| 86. State Street Corp. common | A | Dividend | J | T | | | | | |
| 87. State St. Bank & Trust Federated US Govt. Oblg #5 | A | Interest | K | T | | | | | |
| 88. Town of Carlisle MA Bond 5.00% due 6/15/08 | B | Interest | K | T | | | | | |
| 89. Veritas Software, Inc. common | | None | J | T | | | | | |
| 90. Same | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Verizon Communications common | A | Dividend | J | T | | | | | |
| 92. Vodafone Group PLC common | A | Dividend | J | T | | | | | |
| 93. Same | A | Dividend | J. | T | | | | | |
| 94. Wells Fargo & Co. common | A | Dividend | K | T | | | | | |
| 95. Same | A | Dividend | J | T | | | | | |
| 96. Same | A | Dividend | J | T | | | | | |
| 97. Zimmer Holdings, Inc. common | | None | J | T | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | | |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | | |
| | U = Book Value | V = Other | W = Estimated | | | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

1. As of 4/1/2004, FleetBoston Financial (reported at Part VII, line 35) was merged into Bank of America (Part VII, line 7) and shares of the latter were exchanged for shares of the former.

2. In prior reports, the annual income from the various Scudder accounts has been characterized as "income" to reflect that the accounts are essentially money market accounts. This report designates the annual income as "dividends," which is the term used by the funds. There is no substantive change in the investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _May 13, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544